FORM minff13
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:10–bk–35087–JMM

WILLIAM LEROY MALIN  Chapter: 13
aka BILL MALIN
2840 S BROWN AVE
TUCSON, AZ 85730
**SSAN:** xxx–xx–0315
**EIN:**

SHARON SUZANNE MALIN
aka SUE MALIN
2840 S BROWN AVE
TUCSON, AZ 85730
**SSAN:** xxx–xx–2705
**EIN:**

Debtor(s)

## ORDER TO PAY REQUIRED MINIMUM PAYMENT AND TO PAY BALANCE OF FILING FEE IN INSTALLMENTS

Debtor(s), at the time of the filing of the bankruptcy petition, did not pay the minimum $50.00 towards the filing fee required by Local Bankruptcy Rule 1006–1.

IT IS ORDERED that the debtor(s) shall pay the filing fee as follows:

$ 50.00     to be paid on or before 11/15/10
$ 224.00    to be paid on or before 12/13/10

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not pay any money or transfer any property to their attorney, or any other person who rendered services to the debtor(s) in connection with this case.

IT IS FURTHER ORDERED that if the Debtor(s)' circumstances are such that cause may be shown for an extension of time to pay in installment, the Debtor(s) must file a written request for an extension with the Court setting forth those circumstances before the due date of the installment date to be extended.

IT IS FURTHER ORDERED that the failure to pay any installment in a timely manner, coupled with a failure to timely request an extension of time for the payment of the installment shall result in dismissal of this case.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** November 1, 2010                                BY THE COURT

**Address of the Bankruptcy Clerk's Office:**      HONORABLE James M. Marlar
U.S. Bankruptcy Court, Arizona                     United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov

**DO NOT SEND CASH BY MAIL; MAKE CASHIER'S CHECK OR MONEY ORDER PAYABLE TO:
CLERK, U.S. BANKRUPTCY COURT**